# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL RYAN PEACOCK, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | NO. 1:16-cv-04353-MHC |
| ) | |
| YAKIM MANASSEH JORDAN, ) ) | |
| Defendant. ) | |

## AFFIDAVIT REGARDING SERVICE

Michael Ryan Peacock personally appeared before the undersigned officer, duly authorized to administer oaths, and who, after being duly sworn and on oath, affirms and states, as follows:

1.

My name is Michael Ryan Peacock. I am a resident of Atlanta, Georgia.

2.

I am over the age of twenty-one (21) years, under no disabilities and competent to make this affidavit.

3.

The facts contained in this affidavit are true and correct, and unless otherwise noted, are based upon my personal, direct knowledge.

4.

I am the *pro-se* Plaintiff in the above-captioned action. I am also seeking appointment as counsel for a putative class of similarly situated individuals. This affidavit is being submitted to provide the Court with information regarding service of the Summons and Verified Complaint filed in this action on the Defendant, Yakim Manasseh Jordan.

5.

Yakim Manasseh Jordan is a Christian minister and self-proclaimed prophet known to many as "Prophet Manasseh Jordan." (*See* Manasseh Jordan Ministries Website, About the Prophet, https://prophetmanasseh.com/aboutprophet - content (last visited March 1, 2017).) According to his ministry's website, Mr. Jordan "went through extensive and intensive training under the leadership of the Holy Spirit, for the express purpose of understanding the prophetic office and ministry. This training has enabled him to move in the realm of accurate prophetic ministry." (*See id.*)

6.

Immediately upon the filing of the Verified Complaint, I transmitted copies of the summons and complaint to the Sheriff's Office of Broward County, Florida to serve on Defendant at his residence, which I had identified as being located at 12220 NW 68th Ct., Parkland, FL 33076. I reached this conclusion after scouring internet based search engines and websites, including Lexis Nexis's Public Records database, for information regarding Defendant's place of residence.

7.

On December 19, 2016, Officer Rita McCafferty, a Broward County Sheriff's Deputy, attempted to serve Defendant at 12220 NW 68th Ct. Officer McCafferty's Affidavit regarding this service attempt has already been filed with the Court as Document No. 7 on the case docket. In her Affidavit, Office McCafferty states that she observed vehicles registered in Defendant's name parked in the driveway of the residence, but an individual who she spotted exiting the driver's side of one such vehicle claimed not to know Defendant. Consequently, Officer McCafferty left her card on the front door of the residence.

8.

Later that day Officer McCafferty received a phone call from a Florida attorney named Robert Seibel. Mr. Seibel informed Officer McCafferty that he was

- 3 -

calling on behalf of Kingdom Ministries Church, Inc. (as its Secretary and CFO), a Georgia non-profit corporation formed in December 2015, which purchased 12220 NW 68th Ct. in June 2016 for $2,650,000.00. [*See* Doc. No. 7-1.] (As a side note, the principal office address that Kingdom Ministries Church supplied to the Georgia Secretary of State is 194 Jonesboro Road, Jonesboro, GA, 30236. A street view search of that address on Google maps reveals that an [automotive parts and sales business] is located there.)

9.

Mr. Seibel is also one of Defendant's attorneys. In the past, Mr. Siebel was granted limited power of attorney to conduct a real estate transaction on Defendant's behalf, and Mr. Siebel's office address was listed as Defendant's address in court documents filed by Defendant in a case brought against him in June or July 2016 in Broward County Circuit Court for traffic code violations.

10.

According to Officer McCafferty, Mr. Seibel provided her with an address in New Jersey (*i.e.*, 1 High Meadows Road, Sadle River, NJ 07458) for serving Defendant with process. Upon receiving this information, the Broward County Sheriff's Office ceased attempting to serve Defendant at the 12220 NW 68th Ct. address.

- 4 -

11.

A search of the Bergen County, New Jersey, property records confirmed that that the residence located at 1 High Meadows Road, Sadle River, NJ 07458 is currently owned by Bernard Jordan. Bernard Jordan is Defendant's father, and also claims to be a "prophet." In July 2010, the Federal Communications Commission issued a citation against Bishop Bernard Jordan for violating the Telephone Consumer Protection Act ("TCPA") by placing autodialed and prerecorded calls, similar to those placed by Defendant herein, to wireless and residential phones.

12.

On January 10, 2017, Manny Bayo, a professional process server based in New Jersey, left copies of the summons and complaint in this action with a man who identified himself as the owner and a resident of 1 High Meadows Road, but who also claimed not to know anyone by the name of Yakim Manasseh Jordan. Mr. Bayo's proof of service was filed in this action on January 16, 2017 as Document No. 8.

13.

Meanwhile, I was still attempting to serve Defendant personally. To that end, I paid a process server based out of Jacksonville, Florida to attempt to serve Defendant at an event held at The House of Prayer in Jacksonville on Saturday,

January 9, 2017. I have been told that the process server, Aqualla D. Stephen, was immediately greeted with contempt from the attending audience, which, together with Defendant's entourage, thwarted her attempts gain access to Defendant. The best attempt landed Ms. Stephen close enough to recognize Defendant from pictures, but too far to get his attention. She unsuccessfully attempted to make contact for an hour at the event. A true and correct copy of the Return of Service provided by Ms. Stephen is attached hereto as Exhibit A.

14.

In addition to sending a process server to the Jacksonville event, I hired private process servers to attempt service on Defendant at 12220 NW 68th Ct., Parkland, Florida. The first process server, Josh Wright, was unable to perfect service because each time he attempted service nobody was home. However, Mr. Wright spoke to Heron Bay East security (Heron Bay East is the name of the subdivision in which 12220 NW 68th Ct. is situated), who confirmed that security had Defendant and Defendant's brother, Aaron, listed as residents of 12220 NW 68th Ct.

15.

On January 21, 2017, another process server, Roy Bates, successfully perfected service of the summons and complaint on an individual who identified

- 6 -

himself as a resident of 12220 NW 68th Ct. Mr. Bates' account of that event is contained in the Return of Service attached hereto as Exhibit B.

16.

A few days later, on January 26, 2017, Mr. Seibel left voicemails on my mobile and office telephone lines. Mr. Seibel presumably gleaned my mobile number by reading the complaint. I returned Mr. Seibel's voicemails that same day. During that conversation, which lasted about five (5) minutes, Mr. Seibel indicated that Defendant's "residence" is located at 1 High Meadows Road, Sadle River, NJ, and that Defendant does not live at 12220 NW 68th Ct., Parkland, FL.

17.

I also requested that Defendant accept and waive formal service pursuant to Fed. R. Civ. P. 4(d) by mailing via U.S.P.S. Priority Mail (with restricted delivery and adult signature required) the required notice and waiver to Defendant at 12220 NW 68th Ct., Parkland, FL. According to the *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM), section 503.8.1.3:

> Adult Signature service provides electronic confirmation of the delivery or attempted delivery of the mailpiece and signature of the recipient, who must be 21 years of age or older. Prior to delivery, the recipient must furnish proof of age via a driver's license, passport, or other government-issued photo identification that lists age or date of birth. The USPS maintains a record of delivery (including the recipient's signature) for two years. The Adult Signature options are:

> Adult Signature Required — provides delivery to a person who is 21 years of age or older. Upon delivery, an adult who is 21 years of age or older must provide one of the forms of identification listed above and provide a signature for receipt of the mailpiece.
>
> Adult Signature Restricted Delivery—provides Adult Signature Required with the additional restriction of limiting delivery to a specific addressee or authorized agent who is 21 years of age or older. If the specific individual is not 21 years of age or older, the mailpiece will be returned to sender.

(*See* http://pe.usps.com/text/dmm300/503.htm - ep1233286, last accessed on March 15, 2017.)

18.

Defendant did not respond to the waiver request. However, the U.S.P.S. provided the confirmation that the request was delivered to and signed for by Yakim Jordan on December 16, 2016. (*See* page 22 of 22 of Document No. 6, filed Jan. 16, 2017.)

19.

On February 25, 2017, I sent a copy of Plaintiff's Motion for Class Certification to Defendant at 12220 NW 68th Ct., Parkland, FL - also by U.S. Priority Mail, Adult Signature Restricted Delivery. Once again, the U.S.P.S. provided confirmation, attached hereto as Exhibit C, that the item was delivered to and signed for by Yakim Jordan on March 1, 2017.

- 8 -

20.

Despite having been served with the Summons and Verified Complaint on January 10, 2017 and January 21, 2017, Defendants has not served a response within the time allowed by law. Nor has defendant sought additional time within which to respond.

**FURTHER AFFIANT SAYETH NOT.**

This 15th day of March, 2017.

_____
Michael Ryan Peacock

SWORN to and subscribed before me
this 15th day of March, 2017.

_____
Notary Public

[Notarial Seal]

My Commission Expires: _____

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing AFFIDAVIT REGARDING SERVICE and EXHIBITS A-C thereto upon all parties by depositing copies of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

>Yakim Manasseh Jordan
>c/o Robert Seibel
>3019 Exeter B
>Boca Raton, FL 33434
>
>Yakim Manasseh Jordan
>12220 NW 68th Ct.
>Parkland, FL 33076-3340
>
>Yakim Manasseh Jordan
>1 High Meadows Road
>Sadle River, NJ 07458

Dated: March 15, 2017        Respectfully submitted,

                             s/ Michael Ryan Peacock
                             Counsel for Plaintiff
                             Georgia Bar No. 001356

NEY HOFFECKER PEACOCK & HAYLE, LLC
One Midtown Plaza, Suite 1010
1360 Peachtree Street N.E.
Atlanta, Georgia 30309
404-760-7396
470-225-6646 Fax
michael@nhphlaw.com

# RETURN OF SERVICE

EXHIBIT A

USDC FOR THE NORTHERN DISTRICT OF GEORGIA          State of Georgia

**Style of the Case:** MICHAEL RYAN PEACOCK, Plaintiff vs YAKIM MANASSEH JORDAN, Defendant

**Client / Law Firm:** MICHAEL RYAN PEACOCK    **Case Number:** 1:16-CV-4353

**Internal Ref. #:** 2017000006    **Court Date:**

Legal documents received by Accurate Serve of Jacksonville on January 03rd, 2017 at 11:15 AM to be served upon **YAKIM MANASSEH JORDAN, THE HOUSE OF PRAYER at 6651 CRESTLINE DRIVE, JACKSONVILLE, FL. 32211**

I, Aqualla D Stephen, swear and affirm that on January 9, 2017 at 6:30 pm, I effectuated service of process by delivering a conformed copy of this **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT- CLASS ACTION, CIVIL COVER SHEET** in the following manner according to state statutes:

___ Individual Service     ___ Substitute Service     ___ Posted Service

___ Corporate Service     ___ Other Type of Service     ✓ Non-Service

**Name of Person Served:** _____ as _____

**Vitals:** M / F   Age ___   Race ___   Hair ___   Hgt ___   Wgt ___   Glasses Y / N

**Military Status:** Y / N   **Branch of Military:** _____

**Marital Status:** Single   Married   Divorced

✓ **Service Attempts:** 1) 1/7/17 at 7:00p ; 2) ___ at ___ ; 3) ___ at ___

**Supplemental Data Appropriate to this Service:** Unable to entrance to subject during event due to personal cal cased.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and/or that I am legally authorized to serve court documents within the above named circuit / county. I declare that I have read the forgoing instrument and the facts stated in it are true.

**Aqualla Stephen**
Process Server, # 1257

**Accurate Serve of Jacksonville**
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

(904) 735-7810

The foregoing instrument was acknowledged before me on this 14 day of JAN 2017, by Aqualla Stephen who is personally known to me or who has produced FL DL as identification.

Monica Gonzalez
Notary Printed Name    Notary Signature

July 22 2019
Commission Expiration Date

Monica Alejandra Gonzalez
Notary Public
State of Florida
MY COMMISSION # FF 90237
Expires: July 22, 2019

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-4353

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jakim Manessah Jordan
was received by me on *(date)* 01/03/2017

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because I was unable to make contact ; or

☐ Other *(specify):* with subject at event. Personal entourage and general audience prevented my ability to access subject.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/09/2017

_Server's signature_

AQualla D Stephen, Process Server #1257
_Printed name and title_

4446 Hendricks Av. #207 Jax, Fl. 32007
_Server's address_

Additional information regarding attempted service, etc:

[ Print ]  [ Save As... ]  [ Reset ]

Case 1:17-mi-00052-WSD-CMS Document 4-2 Filed 06/26/17 Page 14 of 16
Case 1:16-cv-04353-WSD-CMS Document 18-2 Filed 03/06/17 Page 14 of 16
EXHIBIT B

# RETURN OF SERVICE

**United States District Court -Northern**　　　　　　　**State of Georgia**

**Michael Ryan Peacock, Individually and on Behalf of All Others Similarly Situated**

　　Plaintiff

vs.

**Yakim Manasseh Jordan**

　　Defendant

Attorney:

Ney Hoffecker Peacock & Hayle, LLC
One Midtown Plaza, Suite 1010
Atlanta, GA. 30309

Case Number: 1:16-cv-4353

Legal documents received by Accurate Serve Jacksonville on January 09th, 2017 at 3:02 PM to be served upon **Yakim Manasseh Jordan at 12220 NW 68th Ct, Parkland, FL. 33076**

I, Roy J. Bates, swear and affirm that on **January 21st, 2017 at 6:38 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Action, Verified Complaint - Class Action, Civil Cover Sheet** at the within named person's usual place of residence, to a person residing therein who is at least 15 years of age or older to wit: **John Doe, CORESIDENT** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male  Age: 29  Height: 6'3  Weight: 300LBS  Skin Color: BLACK  Hair Color: BLACK  Glasses: N

**Supplemental Data Appropriate to this Service:**
John Doe answered. When initially speaking to John Doe at the door he declined to answer any questions, closed the door, and told server to leave now through the window. Server left, and was sitting in front of the home in the street in his car writing down a few notes then John Doe came out to servers car with a black female (Jane Doe), and they both asked " why I was still there?" Server told them the truth and showed them server ID and explained role as a process server. Then Jane Doe proceeded to ask server for a business card. Server answered with a question: I asked John and Jane Doe for their names and asked them if they had a card for me? John Doe then stated:" that you are at my residence why should I give you a card?". Subjects walked back to residence. Server then read the contents of the documents out loud and notified John Doe that he was served as a co-resident of Yakima M. Jordan per Florida Statue 48.31. and left the documents in a secure and conspicuous place by the front door on the handle. Server also noted tags of car vehicles in front of home: Tags DRPX31, AUXQ83, EBEN20, HCLY45

Case 1:16-cv-04353-MHC Document 13-2 Filed 03/15/17 Page 2 of 2
Case 1:17-mi-00052-WSD-CMS Document 4-2 Filed 06/26/17 Page 15 of 16
EXHIBIT B

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and/or that I am legally authorized to serve court documents within the above named circuit / county.

**Roy J. Bates**
Process Server, # 1383

Accurate Serve Jacksonville
4446 Hendricks Avenue, Suite 207
Jacksonville, FL 32207

(904) 735-7810

Internal Job ID: 2017000083

Reference Number: 2017000026

The foregoing instrument was acknowledged before me on this _1_ day of _February_ 2017, 2017, by _Roy Bates_, who is personally known to me or who has produced _FDL_ as identification.

_Joshua Wright_  _[signature]_
Notary Printed Name    Notary Signature

02-03-2020
Commission Expiration Date

JOSHUA M WRIGHT
NOTARY PUBLIC-STATE OF FLORIDA
COMM. # FF 957111
MY COMM. EXPIRES 02-03-2020

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765 All Rights Reserved

🇺🇸 **UNITED STATES**
**POSTAL SERVICE**

**EXHIBIT C**

Date: March 1, 2017

Michael Peacock:

The following is in response to your March 1, 2017 request for delivery information on your Adult Sig Restr Del™ item number 9468203699300000587829. The delivery record shows that this item was delivered on March 1, 2017 at 1:58 pm in POMPANO BEACH, FL 33076 to Y JORDAN. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service