# Exhibit 3



**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| Site Address | 12220 NW 68 COURT, PARKLAND | ID # | 4841 06 15 3380 |
|---|---|---|---|
| Property Owner | KINGDOM MINISTRIES CHURCH INC % ROBERT A SEIBEL | Millage | 3012 |
| Mailing Address | 3019 B EXETER DR BOCA RATON FL 33434 | Use | 01 |

| Abbreviated Legal Description | HERON BAY EAST 169-105 B LOT 23 BLK L |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

**Property Assessment Values**
Click here to see 2016 Exemptions and Taxable Values to be reflected on the Nov. 1, 2016 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2017 | $435,430 | $2,055,020 | $2,490,450 | $2,490,450 | |
| 2016 | $435,430 | $14,390 | $449,820 | $367,240 | $8,516.94 |
| 2015 | $330,430 | $14,390 | $344,820 | $333,860 | $7,543.01 |

**IMPORTANT:** The 2017 values currently shown are "roll over" values from 2016. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2017, to see the actual proposed 2017 assessments and portability values.

**2017 Exemptions and Taxable Values by Taxing Authority**

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $2,490,450 | $2,490,450 | $2,490,450 | $2,490,450 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $2,490,450 | $2,490,450 | $2,490,450 | $2,490,450 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $2,490,450 | $2,490,450 | $2,490,450 | $2,490,450 |

**Sales History**

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 6/15/2016 | WD-Q-NC | $2,650,000 | 113757799 |
| 10/27/2010 | WD-E | $450,000 | 47484 / 1202 |
| 11/19/2008 | WD-D | $250,000 | 45848 / 1906 |
| 12/15/2003 | SW* | $1,990,500 | 36719 / 1253 |

* Denotes Multi-Parcel Sale (See Deed)

**Land Calculations**

| Price | Factor | Type |
|---|---|---|
| $21.75 | 20,000 | SF |
| $0.51 | 834 | SF |
| | | |
| | | |
| Adj. Bldg. S.F. (Card, Sketch) | | 8920 |
| Units | | 1 |

**Special Assessments**

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|

http://www.bcpa.net/RecInfo.asp?URL_Folio=484106153380    12/20/2016