# Exhibit 4





- Calendar
- Donate Now
- View Cart

(0)Items

- Home
- About the church
  - Church Team
  - History Of Church
  - Testimonials
- Events
  - Past Events
  - Live Events
  - Upcoming Events
  - Events Calender
- Prayer Requests
- Partners
  - How to become partner
  - Subscription
  - Benifits Of Partnership
- Contact
  - Contact Us
  - We are Social
  - Download Our Apps
  - Subscribe To Mailing List
- Products
- Donations

1. Home
2. Donate Now



# Donate Now

## Make a Donation and/or Contribution

Your seed-faith gift makes it possible for David Few to take the life-saving and miracle-working power of Jesus Christ to the world through broadcasts, mission outreaches, and crusades. Your donation and/or contribution helps spread the word of the gospel around the world! God bless & love.

You can also donate by Check or Bank transfer

Donate by Check or Money Order:
David Few Jordan Ministries
P.O. Box 3320
New York, NY 10163
Donate by Phone:
800 232 8056

First Name *

Last Name *

Email *

Phone *

Address *

City *

Zip Code *

Country *
Select Country

State *

Amount *

Card Type *
-Select Card Type-

Card No *

Expire Date *
01
2016

CVV No *

If you would like a special item please list it here, i.e.(salt/ oil/ chain/ Parchment/ Cross)

**Address** *

**City** *

**Zip Code** *

**Country** *

Select Country

**State** *

**Amount** *

**Card Type** *

-Select Card Type-

**Card No** *

**Expire Date** *

01

2016

**CVV No** *

If you would like a special item please list it here, i.e.(salt/ oil/ chain/ Parchment/ Cross)

Donate

## Upcoming Events

## About our Church



Once affectionately referred to as the "Young David Few" by peers and congregations nationwide, now best known as David Few began ministering at the tender age of eight and carries with him the quintessence of hope, healing and restoration that is bestowed upon the lives of those he touches.

## Blogroll

- Church Home
- About Us
- All Events
- Sermons Archive
- Our Blog

## Our Church on twitter

© 2016 Kingdom Church. All Rights Reserved