# Exhibit 6

**David Few | LinkedIn**
https://www.linkedin.com/in/david-few-0873399
Atlanta, Georgia - Experiential Marketing/Event Planning - MJM
View **David Few's** professional profile on **LinkedIn**. **LinkedIn** is the world's largest business network, helping ... Current. **MJM**. Education. Morehouse College ...