# EXHIBIT 2

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

| Annual Registration | *Electronically Filed* |
|---|---|
| | Secretary of State |
| | Filing Date: 05/08/2017 14:11:41 |

**BUSINESS INFORMATION**

| | | |
|---|---|---|
| **BUSINESS NAME** | : | KINGDOM MINISTRIES CHURCH INC. |
| **CONTROL NUMBER** | : | 15116497 |
| **BUSINESS TYPE** | : | Domestic Nonprofit Corporation |

**BUSINESS INFORMATION CURRENTLY ON FILE**

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 194 JONESBORO ROAD, JONESBORO, GA, 30236, USA |
| **REGISTERED AGENT NAME** | : | DAVID FEW |
| **REGISTERED OFFICE ADDRESS** | : | 194 Jonesboro Road, Clayton, Jonesboro, GA, 30236, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| David Few | CEO | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |
| Robert Seibel | Secretary | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |
| Robert Seibel | CFO | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |

**UPDATES TO ABOVE BUSINESS INFORMATION**

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 194 JONESBORO ROAD, JONESBORO, GA, 30236, USA |
| **REGISTERED AGENT NAME** | : | DAVID FEW |
| **REGISTERED OFFICE ADDRESS** | : | 194 Jonesboro Road, Clayton, Jonesboro, GA, 30236, USA |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| David Few | CEO | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |
| Robert Seibel | Secretary | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |
| Robert Seibel | CFO | 194 Jonesboro Road, Jonesboro, GA, 30236, USA |

**AUTHORIZER INFORMATION**

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | NICOLE VILLARROEL |
| **AUTHORIZER TITLE** | : | Authorized Person |